# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-2332
_____

WILLIAM B. PRICE, P.A., A
Florida Law Firm,

    Appellant,

    v.

SANTA YNEZ VALLEY
TRANSPORTATION SERVICES, LLC
d/b/a BAY TOWN TROLLEY and
JENNIFER CANTU,

    Appellees.

_____

On appeal from the Circuit Court for Bay County.
Elijah Smiley, Judge.

February 6, 2024

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROWE and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Douglas B. Dykes of Syfrett, Dykes & Furr, Panama City, for
Appellant.

Greg K. Winslett and Anthony W. Kirkwood of Quilling,
Selander, Lownds, Winslett & Moser, P.C., Dallas, TX, and
Thomas J. Guilday and Dwight O. Slater of Guilday Law, P.A.,
Tallahassee, for Appellees.